# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134504 & (40)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EDDIE RYAN LEWIS, a/k/a EDWARD LEWIS,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134504
COA: 273234
Muskegon CC: 06-052984-FC

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

t0830